UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CHAVEZ RODRIGUEZ, A-203-239-876,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILIY, et al.,

Respondents.

No.  1:26-cv-02721-DC-EFB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 11)

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 11.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED, as follows:

   a. Respondents are ORDERED to provide Petitioner Juan Chavez Rodriguez (A-203-239-876), within fourteen (14) days of the date of entry of this order, a bond hearing before an Immigration Judge pursuant to 8 C.F.R. § 1236.1(c)(8) at which Petitioner shall bear the burden of showing that he is not a flight risk or a risk to community safety; and

   b. If Respondents fail to provide Petitioner a bond hearing within fourteen (14) days, Petitioner shall be immediately released from Respondents' custody;

3. Petitioner's request for attorney's fees and costs is denied without prejudice to bringing a properly noticed and supported motion;

4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

5. The Clerk of the Court shall enter judgment in petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:  __**June 23, 2026**__                    _____

Dena Coggins
United States District Judge

2